B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Kentucky | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GC London KY Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-5179305** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**204 Kings Way**<br>**London, KY**<br>ZIP Code **40741** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Laurel** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 4065**<br>**Middletown, NJ**<br>ZIP Code **08234** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9        ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11          of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition<br>                        of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GC London KY Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
|  | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                **Page 3**

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GC London KY Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

**Signature of Attorney\***

**X** **/s/ Jamie L. Harris** _____
  Signature of Attorney for Debtor(s)

  **Jamie L. Harris KY Bar No. 91387** _____
  Printed Name of Attorney for Debtor(s)

  **DelCotto Law Group PLLC** _____
  Firm Name

  **200 North Upper Street**
  **Lexington, KY 40507-1017**

_____
  Address

  **(859) 231-5800  Fax: (859) 281-1179** _____
  Telephone Number

  **April 10, 2015** _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dexter Bartholomew** _____
  Signature of Authorized Individual

  **Dexter Bartholomew** _____
  Printed Name of Authorized Individual

  **President** _____
  Title of Authorized Individual

  **April 10, 2015** _____
  Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **GC London KY Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bennett Uniform<br>4377 Federal Drive<br>Greensboro, NC 27410 | Bennett Uniform<br>4377 Federal Drive<br>Greensboro, NC 27410 | trade debt | | 391.00 |
| Coastal Equipment<br>130 Coastal Lane<br>Jacksonville, NC 28546 | Coastal Equipment<br>130 Coastal Lane<br>Jacksonville, NC 28546 | trade debt | | 1,763.00 |
| Delta National Gas<br>P.O. Box 593<br>Corbin, KY 40702 | Delta National Gas<br>P.O. Box 593<br>Corbin, KY 40702 | utility | | 3,289.79 |
| Ecolab Institutional<br>P.O. Box 90537<br>Charlotte, NC 28290 | Ecolab Institutional<br>P.O. Box 90537<br>Charlotte, NC 28290 | trade debt | | 1,321.00 |
| Ecosure/Ecolab<br>1601 West Diehl Road<br>Naperville, IL 60563 | Ecosure/Ecolab<br>1601 West Diehl Road<br>Naperville, IL 60563 | trade debt | | 420.00 |
| Hutchinson Refrigeration<br>905 North Kings Highway<br>Cherry Hill, NJ 08034-1579 | Hutchinson Refrigeration<br>905 North Kings Highway<br>Cherry Hill, NJ 08034-1579 | trade debt | | 836.00 |
| Kentucky Alarm Systems<br>604 Bizzel Drive, Suite 150<br>Lexington, KY 40510 | Kentucky Alarm Systems<br>604 Bizzel Drive, Suite 150<br>Lexington, KY 40510 | trade debt | | 123.00 |
| Kentucky Utilities<br>P O Box 9001954<br>Louisville, KY 40290-1954 | Kentucky Utilities<br>P O Box 9001954<br>Louisville, KY 40290-1954 | utilities | | 5,658.86 |
| Liberty Services<br>1005 S. Main Street<br>West Milton, OH 45383 | Liberty Services<br>1005 S. Main Street<br>West Milton, OH 45383 | trade debt | | 2,198.00 |
| London Utility Commission<br>P.O. Box 918<br>London, KY 40743 | London Utility Commission<br>P.O. Box 918<br>London, KY 40743 | utilities | | 6,691.08 |
| Loomis<br>Dept. Ch 10500<br>Palatine, IL 60055 | Loomis<br>Dept. Ch 10500<br>Palatine, IL 60055 | trade debt | | 1,695.69 |
| Nuco2<br>2800 SE Market Street<br>Stuart, FL 34997 | Nuco2<br>2800 SE Market Street<br>Stuart, FL 34997 | trade debt | | 598.88 |

B4 (Official Form 4) (12/07) - Cont.
In re  **GC London KY Inc.**                                                                      Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Regency Lighting**<br>**P.O. Box 205325**<br>**Dallas, TX 75320** | **Regency Lighting**<br>**P.O. Box 205325**<br>**Dallas, TX 75320** | **trade debt** | | **563.00** |
| **Sunrise Heavy Duty Cleaning**<br>**1831 Taylor Avenue**<br>**Louisville, KY 40213** | **Sunrise Heavy Duty Cleaning**<br>**1831 Taylor Avenue**<br>**Louisville, KY 40213** | **cleaning services** | | **1,712.00** |
| **Taylor Enterprises of KY**<br>**1191A Brock McVey Drive**<br>**Lexington, KY 40509** | **Taylor Enterprises of KY**<br>**1191A Brock McVey Drive**<br>**Lexington, KY 40509** | **trade debt** | | **2,103.65** |
| **Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY 40290** | **Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY 40290** | **utilities** | | **102.80** |
| **Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** | **Yellowstone Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** | **judgment** | **Disputed** | **100,375.28** |
| | | | | |
| | | | | |
| | | | | |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 10, 2015** _____          Signature   **/s/ Dexter Bartholomew** _____
                                                                                 **Dexter Bartholomew**
                                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **GC London KY Inc.**                               ,       Case No. _____

                                  Debtor

                                                               Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dexter Bartholomew**<br>**23 Dora Lane**<br>**Holmdel, NJ 07733** | | **85%** | |
| **Frank R. Seddio**<br>**9306 Flatlands Avenue**<br>**Brooklyn, NY 11236** | | **15%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **April 10, 2015** _____          Signature **/s/ Dexter Bartholomew**_____

                                                                      **Dexter Bartholomew**
                                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** ____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **GC London KY Inc.**                       Case No.

                                                  Debtor(s)        Chapter   **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of

perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __4__ page(s) is true and correct and

complete, to the best of my (our) knowledge.

Date:   **April 10, 2015**                    **/s/ Dexter Bartholomew**

                                              **Dexter Bartholomew**/**President**

                                              Signer/Title

I, _____**Jamie L. Harris**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __4__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **April 10, 2015**                    **/s/ Jamie L. Harris**

                                              Signature of Attorney

                                              **Jamie L. Harris**

                                              **DelCotto Law Group PLLC**

                                              **200 North Upper Street**

                                              **Lexington, KY 40507-1017**

                                              **(859) 231-5800   Fax: (859) 281-1179**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

ACM
1 Corporate Drive, Suite 202
Bohemia NY 11716


Advanceme Inc.
c/o General Counsel
2 Overhill Rd., Suite 410
Scarsdale NY 10583-5323


Bennett Uniform
4377 Federal Drive
Greensboro NC 27410


CertusBank, N.A.
100 Tom Reeve Drive
Carrollton GA 30117


City of London
501 South Main Street
London KY 40741


Coastal Equipment
130 Coastal Lane
Jacksonville NC 28546


Corporation Service Company
P.O. Box 2576
Springfield IL 62708


DB London KY Realty LLC
P.O. Box 4065
Middletown NJ 07748


Delta National Gas
P.O. Box 593
Corbin KY 40702


Dexter Bartholomew
23 Dora Lane
Holmdel NJ 07733


Ecolab Institutional
P.O. Box 90537
Charlotte NC 28290

Ecosure/Ecolab
1601 West Diehl Road
Naperville IL 60563


Financial Account Services Team, Inc.
P.O. Box 11567
Knoxville TN 37939


FinishLine Capital Inc.
33 Spruce Hollow Rd.
Brook NJ 08812


Frank R. Seddio
9306 Flatlands Avenue
Brooklyn NY 11236


Golden Corral Franchising Systems, Inc.
P.O. Box 29502
Raleigh NC 27626


Golden Resources, LLC
c/o Michael R. Eaves, Registered Agent
218 West Main Street
Richmond KY 40475


H. Derek Hall, Esq.
Frost Brown Todd LLC
250 West Main St., Suite 2800
Lexington KY 40507


Hutchinson Refrigeration
905 North Kings Highway
Cherry Hill NJ 08034-1579


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Kentucky Alarm Systems
604 Bizzel Drive, Suite 150
Lexington KY 40510


Kentucky Utilities
P O Box 9001954
Louisville KY 40290-1954

KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Laurel County Sheriff
203 S. Broad Street
London KY 40741


Liberty Services
1005 S. Main Street
West Milton OH 45383


London Utility Commission
P.O. Box 918
London KY 40743


Loomis
Dept. Ch 10500
Palatine IL 60055


Nuco2
2800 SE Market Street
Stuart FL 34997


Regency Lighting
P.O. Box 205325
Dallas TX 75320


Sunrise Heavy Duty Cleaning
1831 Taylor Avenue
Louisville KY 40213


Taylor Enterprises of KY
1191A Brock McVey Drive
Lexington KY 40509


Thomas D. Flanigan, Esq.
McBrayer, McGinnis, Leslie & Kirkland
201 East Main Street, Suite 1000
Lexington KY 40507


Vadim Serebro, Esq.
P.O. Box 1511
New York NY 10268

Windstream
P.O. Box 9001908
Louisville KY 40290


Yellowstone Capital, LLC
160 Pearl Street
New York NY 10005

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **GC London KY Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **GC London KY Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2015**

Date

**/s/ Jamie L. Harris**

**Jamie L. Harris**

Signature of Attorney or Litigant

Counsel for   **GC London KY Inc.**

**DelCotto Law Group PLLC**

**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax:(859) 281-1179**