**From:** Sutton, Frank [mailto:frank.sutton@baml.com]
**Sent:** Monday, April 13, 2015 10:33 AM
**To:** D Bartholomew; Jamie Harris
**Subject:** RE: Online and Cash Pro

Please be advised the Bank has frozen your accounts as required by Federal Banking requirements for client's who file bankruptcy.  The Bank requires receipt of the First Day orders providing court instructions on the ownership, access, and use of the funds therein.  The Bank will allow funds to continue to deposit in the accounts, but will not release any funds until the Court provides guidance.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.