# GC LONDON KY INC.
# EXHIBIT A

| Creditor | Collateral Description | UCC-1 File No./ Date | Underlying Documents | Amount Owed |
|---|---|---|---|---|
| CertusBank, N.A. | All assets of Debtor including all tangible and intangible property of the Debtor, whether now owned or hereafter acquired, wherever located, including, but not limited to, the Debtor's interest now owned and hereafter acquired in the following types of items of property: accounts, contract rights, etc.; general intangibles; deposit accounts and other property; inventory; equipment; fixtures; instruments; property in lender's possession; other property; proceeds, products, substitutions, replacements, etc. | 2013-2634434-82.01 4/9/13 | Commercial security agreement dated 7/16/13 | $4,264,389.97 |
| FLC (FinishLine Capital) | All of Debtor's assets and personal property and all of Debtor's interest in said assets and personal property now owned and hereafter acquired | 2014-2689583-58.01 2/27/14 | Future Receivables Purchase and Sales Agreement dated 10/9/2014 | $40,000.00 |
| Corporation Service Company | All assets now owned or hereafter acquired and wherever located including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to credit | 2014-2734466-09.01 11/5/14 | | |

| | | | |
|---|---|---|---|
| card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations and l. Proceeds and Products of the foregoing. Notice Pursuant to an Agreement Between Debtor and Secured Party, Debtor has Agreed not to further encumber the collateral described herein, the further encumbering of which may constitute the tortious interference with the secured party's right by such encumbrancer in the event that any entity is granted a security interest in Debtor's accounts, chattel paper or general intangibles contrary to the above, the secured party asserts a claim to any proceeds thereof received by such entity. | | | |