**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE: CASE NUMBER 15-60463

GC London KY Inc.

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 4/13/2015   TIME: 01:00

APPEARANCES:
  Tucker, Martin
  Harris, Jamie
  Logsdon, Doug

ISSUE:
  8   4/13/2015   Debtors' Expedited Motion for Interim Use of Cash Collateral and Approving Shortened and Limited Notice of Expedited Hearing on and for this Motion to be Heard in the Lexington Division, filed by GC London KY Inc. Hearing scheduled for 4/13/2015 at

DISPOSITION:
  Sus

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Monday, April 13, 2015**
**(rah)**