UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

IN RE:

| | |
|---|---|
| GC LONDON KY INC. | CASE NO. 15-60463 |
| GC SOMERSET KY INC. | CASE NO. 15-60466 |
| | (LONDON DIVISION) |
| | |
| GC GEORGETOWN KY INC. | CASE NO. 15-50707 |
| GC NICHOLASVILLE KY INC. | CASE NO. 15-50708 |
| GC LEXINGTON KY INC. | CASE NO. 15-50709 |
| GC EGG HARBOR NJ INC. | CASE NO. 15-50710 |
| GC DELRAN NJ, LLC | CASE NO. 15-50711 |
| | (LEXINGTON DIVISION) |
| | |
| DEBTORS IN POSSESSION | CHAPTER 11 |
| | (JOINT APPLICATION PENDING) |

**ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY, CHAPTER 11 OPERATING ORDER AND DIRECTING BANK OF AMERICA TO RELEASE THE DEBTORS' BANK ACCOUNTS AND APPROVING SHORTENED AND LIMITED NOTICE OF EXPEDITED HEARING ON AND FOR THIS MOTION TO BE HEARD IN THE LEXINGTON DIVISION**

This matter having come on for hearing before the Court upon the motion of GC London KY Inc., GC Somerset, KY Inc., GC Georgetown KY Inc., GC Nicholasville KY Inc., GC Lexington KY Inc., GC Egg Harbor NJ Inc., and GC Delran NJ LLC; as debtors and debtors in possession (the "Debtors"), for an Order Granting Debtors' Expedited Motion for an Order Enforcing the Automatic Stay, Chapter 11 Operating Order and Directing Bank of America to Release the Debtors' Bank Accounts and Approving Shortened and Limited Notice of Expedited Hearing on and for this Motion to be Heard in the Lexington Division (the "Motion"); and it appearing that the relief requested is essential to the continued operation of the Debtors' businesses and the Debtors' ability to reorganize; it appearing that proper notice of the Motion

was given; it further appearing that no objections having been filed or any timely objections are hereby being overruled; the Court having reviewed and considered the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Bank of America is directed to release the Debtors' bank accounts to the Debtors in possession, c/o Dexter and Djenane Bartholomew.

3. The Debtors are authorized to access funds in the Bank of America bank accounts and as soon as practical possible open new debtor in possession accounts.

4. Emergency use of the Debtors' accounts is authorized to pay emergency expenses including costs for food delivery/purchase.

Tendered by:

DELCOTTO LAW GROUP PLLC


/s/ Jamie L. Harris, Esq.
KY Bar No. 91387
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
jharris@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)

**Pursuant to Local Rule 9022-1(b) Jamie L. Harris, Esq. shall cause a copy of this Order to be served on those non-ECF parties listed on the proposed Master Service List and shall file with the Court a certificate of service of the Order upon such parties within seven (7) days hereof.**

Frank Sutton
frank.sutton@baml.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, April 13, 2015
(grs)