UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

IN RE:

| | |
|---|---|
| GC LONDON KY INC. | CASE NO. 15-60463 |
| GC SOMERSET KY INC. | CASE NO. 15-60466 |
| | (LONDON DIVISION) |
| DEBTORS IN POSSESSION | CHAPTER 11 |
| | (JOINT APPLICATION PENDING) |

**ORDER FOR INTERIM EMERGENCY USE OF CASH COLLATERAL AND TO SHORTEN NOTICE AND HAVE HEARING IN LEXINGTON DIVISION**

This matter having come before the Court upon the motion of GC London KY Inc. and GC Somerset, KY Inc., as debtors and debtors in possession (the "Debtors"), for Interim Use of Cash Collateral (the "Motion") (all terms not otherwise defined herein shall have the same meaning given such terms in the Motion), and it appearing that proper notice of the Motion was given, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised; and having considered same;

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. Good cause has been shown for entry of this Interim Order. The entry of this Interim Order is in the best interests of the Debtors' creditors and their Estates. The terms of this Interim

Order, including the terms of the use of the Cash Collateral and the security interests, liens, rights, and priorities granted hereunder are fair under the circumstances.

3. Subject to the other terms contained herein, the Debtors are hereby authorized to use Cash Collateral only in accordance with this Interim Order from the Petition Date through any further hearing date on this Motion. The Debtors may use Cash Collateral to pay only those emergency items necessary to avoid irreparable harm including food delivery, utilities and other business expenditures to keep the Debtors operational.

4. As adequate protection for any diminution in the value of the Cash Collateral Creditor's interests in the Cash Collateral, pursuant to 11 U.S.C. §§ 361 and 363, the Cash Collateral Creditor (Certus Bank ) is granted a replacement lien (the "Replacement Lien"), upon all property of the Debtors, subject only to any valid and enforceable, perfected, and non-avoidable liens of other secured creditors. The Debtors are willing to negotiate an adequate protection payment upon the release of their accounts with Bank of America (requested by separate motion) and verification of those funds.

5. The Replacement Liens granted by this Interim Order shall be deemed effective, valid, and perfected as of the Petition Date without the necessity of the filing or lodging by or with any entity of any documents or instruments otherwise required to be filed or lodged under applicable non-bankruptcy law. This Interim Order shall be deemed to be a security agreement for purposes of creation, attachment and perfection of the Replacement Liens on and the security interests in, to and against the postpetition Collateral.

6. The Replacement Liens granted to the Cash Collateral Creditors under this Interim Order are in addition to, and not in lieu or substitution of, the rights, obligations, claims, security

interests, and prepetition liens and priorities granted under the existing agreements between the parties.

7. As additional adequate protection, the Debtors shall continue to account for all cash use, and the proposed cash use is being incurred primarily to preserve property of the Estates.

8. The parties on the proposed Master Service List served with copies of this Interim Order.

9. Prior to the conclusion of the final hearing, the Debtors are authorized and directed to execute and comply with the terms of this Interim Order and are further authorized to use Cash Collateral under all of the terms and conditions provided in this Interim Order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Jamie L. Harris, Esq.
KY Bar No. 91387
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
jharris@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)

**Pursuant to Local Rule 9022-1(b) Jamie L. Harris, Esq. shall cause a copy of this Order to be served on each of the non-ECF parties listed on the proposed Master Service List and shall file with the Court a certificate of service of the Order upon such parties within seven (7) days hereof.**

3

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, April 13, 2015
(grs)