**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                      CASE NUMBER 15-60463
    GC London KY Inc.

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 4/15/2015                                                                          TIME: 09:00

APPEARANCES:
    Dodson, Rachelle
    Tucker, Martin
    Harris, Jamie
    Logsdon, Doug
    Cuneo, Frank
    Cordano, Miguel

ISSUE:

| 9 | 4/13/2015 | Motion for Joint Administration of GC London KY Inc. (15-60463); GC Somerset KY Inc. (15-60466); GC Georgetown KY Inc. (15-50707); GC Nicholasville KY Inc. (15-50708); GC Lexington KY Inc. (15-50709); GC Egg Harbor NJ Inc. (15-50710); GC Delran NJ LLC (15-50711) |

DISPOSITION:
    Sus

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Wednesday, April 15, 2015**
**(rah)**