**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                          CASE NUMBER 15-60463

    GC London KY Inc.

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 4/15/2015                                                                                 TIME: 09:00

APPEARANCES:

    Dodson, Rachelle
    Tucker, Martin
    Harris, Jamie
    Logsdon, Doug
    Cuneo, Frank
    Cordano, Miguel

ISSUE:

    19    4/13/2015    Debtors' Expedited Motion for Interim Use of Cash Collateral and to Schedule Final Hearing filed by GC London KY Inc. Hearing scheduled for 4/15/2015 at 09:00 AM at Lexington Courtroom, 2nd Floor.

DISPOSITION:

    Sus

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Gregory R. Schaaf**
**Bankruptcy Judge**
**Dated: Wednesday, April 15, 2015**
**(rah)**