UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

IN RE:

| | |
|---|---|
| GC LONDON KY INC. | CASE NO. 15-60463 |
| GC SOMERSET KY INC. | CASE NO. 15-60466 |
| | (LONDON DIVISION) |
| | |
| GC GEORGETOWN KY INC. | CASE NO. 15-50707 |
| GC NICHOLASVILLE KY INC. | CASE NO. 15-50708 |
| GC LEXINGTON KY INC. | CASE NO. 15-50709 |
| GC EGG HARBOR NJ INC. | CASE NO. 15-50710 |
| GC DELRAN NJ, LLC | CASE NO. 15-50711 |
| | (LEXINGTON DIVISION) |
| DEBTORS IN POSSESSION | CHAPTER 11 |

### ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This matter having come on for hearing before the Court on the motion of GC London KY Inc., GC Somerset, KY Inc., GC Georgetown KY Inc., GC Nicholasville KY Inc., GC Lexington KY Inc., GC Egg Harbor NJ Inc., and GC Delran NJ LLC, as debtors and debtors in possession (the "Debtors"), for an Order Authorizing Joint Administration of Chapter 11 Cases (the "Motion"); the Court having reviewed the Motion and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances; and it appearing that no objections having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised and having considered same;

IT IS HEREBY ORDERED as follows:

1.	The Motion is GRANTED.

2.	The above-captioned Chapter 11 bankruptcy cases are to be jointly administered in accordance with Fed. R. Bankr. P. 1015(b), under Case No. 15-60463.

3.	The caption of these cases for any matter before this Court which relates to each or any of the Debtors' respective Chapter 11 cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GC LONDON KY INC., *et al.* | CASE NO. 15-60463 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

4.	A docket entry shall be entered in each of the above-captioned cases in substantially the form as follows:

> An order has been entered in this case directing the joint administration of the Chapter 11 cases of GC London KY Inc. (Case No. 15-60463), GC Somerset KY Inc. (Case No. 15-60466), GC Georgetown KY Inc. (Case No. 15-50707), GC Nicholasville KY Inc. (Case No. 15-50708), GC Lexington KY Inc. (Case No. 15-50709), GC Egg Harbor NJ Inc. (15-50710) and GC Delran NJ LLC (Case No. 15-50711). Hereinafter, the docket for Case No. 15-60463 should be consulted for all matters affecting these Debtors.

5.	The consolidation of these Chapter 11 cases is for administrative purposes only and is not substantive consolidation of the Debtors' respective Chapter 11 status.

6.	The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Jamie L. Harris, Esq.
KY Bar No. 91387
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
jharris@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)

**Pursuant to Local Rule 9022-1(b) Jamie L. Harris, Esq. shall cause a copy of this Order to be served on those non-ECF parties listed on the proposed Master Service List and shall file with the court a certificate of service of the Order upon such parties within seven (7) days hereof.**

3

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, April 16, 2015**
(grs)