UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GC LONDON KY INC., *et al.* | CASE NO. 15-60463 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

**DEBTORS' MOTION FOR
ALL SUBSEQUENT MOTIONS TO BE HEARD IN LEXINGTON DIVISION**

Come GC London KY Inc., GC Somerset, KY Inc., GC Georgetown KY Inc., GC Nicholasville KY Inc., GC Lexington KY Inc., GC Egg Harbor NJ Inc., and GC Delran NJ LLC, as debtors and debtors in possession (collectively, the "Debtors"), by counsel, pursuant to E.D. Ky. LBR 1071-1, and hereby move the Court for entry of an order allowing the Debtors of GC London KY Inc. (Case No. 15-60463) and GC Somerset KY Inc. (Case No. 15-60466) to notice all subsequent motions in their respective cases to be heard in the Lexington Division of the United States Bankruptcy Court for the Eastern District of Kentucky ("Lexington Division") as opposed to the London Division of the United States Bankruptcy Court ("London Division"). In support of this Motion, the Debtor respectfully maintains that allowing this Motion and all subsequent motions to be heard in the Lexington Division will be more cost effective for the Debtor, the Debtor's secured creditors, and other parties in interest in this case and will help to preserve the Debtor's assets for the benefit of the Debtor's creditors. The Debtors have filed for and received relief seeking to jointly-administer their cases with several Lexington Division cases [Doc 51 in lead case 15-60463]. In further support of this Motion, the Debtors represent as follows:

## JURISDICTION AND VENUE

1.      On April 10, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief with this Court under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"). The Debtors are operating their businesses as debtors and debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2.      This Court has jurisdiction over these Chapter 11 cases under 28 U.S.C. §§ 157 and 1334. These matters constitutes core proceedings under 28 U.S.C. § 157(b)(2)(A).

3.      Five of the seven affiliated Debtors maintain a principal place of business in the Kentucky counties of Laurel, Somerset, Fayette, Jessamine and Scott Counties. Hence, venue is appropriate in this District for those entities. Two of the Debtors maintain a principal place of business in New Jersey and venue is appropriate in this District for those Debtors as there are pending bankruptcy cases of those Debtors' affiliates in this District. Accordingly, venue for the Debtors' Chapter 11 cases is proper in this District under 28 U.S.C. § 1408 and 1409.

4.      No trustee or examiner has been appointed in these Chapter 11 cases, and no creditors' committee or other official committee has been appointed.

## RELIEF REQUESTED

5.      The Debtors' counsel is located in Lexington, Kentucky and is able to attend hearings in Lexington without causing the Estates to incur travel expenses.

6.      Upon information and belief, a number of the Debtors' creditors have or will retain counsel in close proximity to Lexington. The Debtors are requesting that their cases be jointly administered with several Lexington Division cases. Holding all subsequent hearings in the Lexington Division will not inconvenience the majority of creditors any more than it would

to hold the hearings in the London Division, and in fact, should be more convenient and cost effective for the creditors. The same is true for the office of the U.S. Trustee.

7. To the extent that any emergency or irregular hearings may be needed in this case, scheduling such hearings in Lexington, Kentucky would be more efficient for the Court, the U.S. Trustee and counsel for interested parties who have appeared or are expected to participate in this case.

WHEREFORE, the Debtors respectfully request that the Court grant the Motion to allow all subsequent motions in these cases to be heard in the Lexington Division of this Court.

## **NOTICE**

Please take notice that unless an objection to the foregoing, properly noticed for hearing, is filed within 14 days of the date of service of this pleading, an order granting the relief requested may be entered without a hearing.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Jamie L. Harris, Esq.
KY Bar No. 91387
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
jharris@dlgfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION
(UNDER PENDING APPLICATION)

## **CERTIFICATE OF SERVICE**

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by U.S. Mail, postage prepaid or electronic mail on April 21, 2015, on the parties listed on the Master Service List.

      /s/ Jamie L. Harris, Esq.
      COUNSEL FOR DEBTORS
      AND DEBTORS IN POSSESSION
      (UNDER PENDING APPLICATION)